UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DARRELL CRAIG MCKISSICK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:07-0901 |
| ) | Judge Echols |
| **ADVANCE AUTO PARTS,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 20) which recommends denial of Plaintiff's requests to remand this action to state court is hereby ACCEPTED and APPROVED and Plaintiff's filings which are construed as seeking remand of this action (Docket Entry Nos. 3, 8, 11, & 19) are hereby DENIED;

(2) The Report and Recommendation (Docket Entry No. 26) which recommends granting Defendant's Motion to Dismiss is hereby ACCEPTED and APPROVED;

(3) The Defendant's Motion to Dismiss (Docket Entry No. 6) is hereby GRANTED and this case will be dismissed with prejudice after final ruling on "Defendant's Rule 11 Motion for Sanctions" (Docket Entry No. 25);

(4) "Defendant's Rule 11 Motion for Sanctions" (Docket Entry No. 25) is hereby REFERRED to Magistrate Judge Bryant for the issuance of a Report and Recommendation.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE